In re ___Alfonso Padilla & Rose M. Padilla___   Case No. ___2:09-bk-09979___
            **Debtor**                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Homestead<br><br>STREET ADDRESS:<br>1638 W Parsons Road<br>Phoenix, AZ 85085<br><br>LEGAL DESCRIPTION:<br>See Exhibit "A." | Fee Simple | C | 540,000.00 | 538,816.01 |
| | | Total ➤ | 540,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

THE W EST 1 80.00 FEET OF THE WEST HALF OF THE SOUTH HALF OF THE NORTHWEST QUARTER OF THE NORTH EAST Q UARTER OF THE SOUTHWEST QUARTER OF SECTION 6, TOWNSHIP 4 NORTH, RANGE 3 EAST OF THE GILA AND SALT RIVER RO  VER BASE AND MERIDI    AN, MARICOPA COUNTY, ARIZONA; RESERVING EASEMENTS FOR INGRESS, EG RESS AND ALL UT ILITIES (BE THEY PUBLIC OR PRIVATE) OVER THE WEST AND SOUTH 15.00 FEET THEREOF.

Debtors: Padilla, Alfonso & Rose
Case No. 2:09-bk-09979-CGC

08172.d05 Exhibit "A" - Legal Description

In re <u>Alfonso Padilla & Rose M. Padilla</u>      Case No. <u>2:09-bk-09979</u>

             **Debtor**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account Wells Fargo Account Ending 7374 | C | 188.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods & Furnishings | C | 4,000.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | C | 800.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Pistol | C | 150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Membership Interest in Al's Tree And Yardwork, Inc. Membership Interest in M 'n N Ranching, LLC Membership Interest in Rosie's Rentals | C C C | Unknown Unknown Unknown |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>     Case No. <u>2:09-bk-09979</u>

           **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Membership Interest in R-n-R Land Investment, LLC | C | Unknown |
| | | Membership Interest in Safari Gardens | C | Unknown |
| | | Membership Interest in Last Roundup, LLC | C | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | Term Life Insurance Policy Jackson National Life | C | 0.00 |
| | | Term Life Insurance Policy | C | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Hyundai Santa Fe | C | 17,730.00 |
| 26. Boats, motors, and accessories. | | Rubber Boat and Electric Motor and Fishing Equipment | C | 250.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla &amp; Rose M. Padilla</u>        Case No. <u>2:09-bk-09979</u>
        **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 Dogs | C | 55.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Food, Fuel and Provisions (6 months) | C | 3,215.78 |

<u>     0     </u>  continuation sheets attached    Total   $     26,388.78

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>     Case No. <u>2:09-bk-09979</u>
         **Debtor**                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)              ☐ Check if debtor claims a homestead exemption that exceeds
☑ 11 U.S.C. § 522(b)(3)                  $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Homestead | (Husb)ARS § 33-1101 | 125,000.00 | 540,000.00 |
| Checking Account | (Husb)ARS § 33-1126(8)<br>(Wife)ARS § 33-1126(8) | 150.00<br>150.00 | 188.00 |
| Household Goods & Furnishings | (Husb)ARS § 33-1123<br>(Wife)ARS § 33-1123 | 4,000.00<br>4,000.00 | 4,000.00 |
| Clothing | (Husb)ARS § 33-1125(1)<br>(Wife)ARS § 33-1125(1) | 500.00<br>500.00 | 800.00 |
| Pistol | (Husb)ARS § 33-1125(7) | 500.00 | 150.00 |
| Term Life Insurance Policy | (Husb)ARS § 33-1126 (A)(6)<br>(Wife)ARS § 33-1126 (A)(6) | 100%<br>100% | 0.00 |
| 2 Dogs | (Husb)ARS § 33-1125(3)<br>(Wife)ARS § 33-1125(3) | 250.00<br>250.00 | 55.00 |
| 2007 Hyundai Santa Fe | (Husb)ARS § 33-1125(8)<br>(Wife)ARS § 33-1125(8) | 5,000.00<br>5,000.00 | 17,730.00 |
| Food, Fuel and Provisions (6 months) | (Husb)ARS § 33-1124<br>(Wife)ARS § 33-1124 | 100%<br>100% | 3,215.78 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>,     Case No. <u>2:09-bk-09979</u>

      **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00416010826779<br><br>Chase<br>Home Equity Loan Servicing<br>PO Box 24714<br>Columbus, OH 43224 | | J | Incurred: 2006<br>Lien: HELOC<br>Security: Homestead<br><br>VALUE $    540,000.00 | | | | 292,677.34 | 0.00 |
| ACCOUNT NO. 10633812342703<br><br>Chase Auto Finance<br>PO Box 901076<br>Fort Worth, TX 76101-2076 | X | C | Incurred: 2007<br>Lien: PMSI<br>Security: 2007 Hyundai Santa Fe<br><br>VALUE $    10,000.00 | | | | 11,970.66 | 1,970.66 |
| ACCOUNT NO. 2003293278-0<br><br>Citi Mortgage, Inc.<br>Attn: Customer Research Team<br>PO Box 9442<br>Gaithersburg, MD 20898-9442 | | C | Incurred: 1/2004<br>Lien: First Mortgage<br>Security: Homestead<br><br>VALUE $    540,000.00 | | | | 246,138.67 | 0.00 |

<u>   0   </u> continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶ (Total of this page) | $ 550,786.67 | $ 1,970.66 |
| Total ▶ (Use only on last page) | $ 550,786.67 | $ 1,970.66 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

In re   Alfonso Padilla & Rose M. Padilla                                    ,        Case No._____2:09-bk-09979_____
                          Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

**B6E (Official Form 6E) (12/07) - Cont.**

In re _Alfonso Padilla & Rose M. Padilla_____,  Case No._2:09-bk-09979_____
               Debtor                                               (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2
____ **continuation sheets attached**

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re ___Alfonso Padilla & Rose M. Padilla_____,  Case No. ___2:09-bk-09979_____

                                  Debtor                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 200701631916<br><br>Arizona Department of Revenue<br>Attn: Collections Division<br>1600 West Monroe Stree<br>Phoenix, AZ 85007 | | J | Incurred: 2007<br>Consideration: 2007<br>1040 Taxes | | | | 1,658.86 | 1,658.86 | 0.00 |
| ACCOUNT NO. LIC 20145680<br><br>Arizona Department of Revenue<br>PO Box 29070<br>Phoenix, AZ 85038-9070 | X | C | Incurred: 2007<br>Consideration: Trade Debt (Business) | X | X | X | 8,033.53 | 0.00 | 8,033.53 |
| ACCOUNT NO. 200701631916<br><br>Arizona Department of Revenue<br>PO Box 29085<br>Phoenix, AZ 85038-9085 | | J | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 00228632<br><br>City of Mesa<br>Tax and Audit Collections<br>PO Box 16350<br>Mesa, AZ, 85211-6350 | X | C | Incurred: 10/2008<br>Consideration: Trade Debt (Business) | X | X | X | Unknown | Unknown | Unknown |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ► | $ 9,692.39 | $ 1,658.86 | $ 8,033.53 |
| Total (Use only on last last page of the completed Schedule E.) Report also on the Summary of Schedules ► | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ► | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

In re   Alfonso Padilla & Rose M. Padilla                                    ,   Case No.   2:09-bk-09979
                          **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  06011409<br><br>City of Phoenix<br>PO Box 29690<br>Phoenix, AZ 85038-9690 | X | C | Incurred: 09/2008<br>Consideration: Trade Debt (Business) | X | X | X | 95.00 | 0.00 | 95.00 |
| ACCOUNT NO.  06011033<br><br>City of Phoenix<br>PO Box 29690<br>Phoenix, AZ 85038-9690 | X | C | Incurred: 2007 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 2,509.24 | 0.00 | 2,509.24 |
| ACCOUNT NO.  06011426<br><br>City of Phoenix<br>PO Box 29690<br>Phoenix, AZ 85038-9690 | X | C | Incurred: 11/2007<br>Consideration: Trade Debt (Business) | X | X | X | 1,619.63 | 0.00 | 1,619.63 |
| ACCOUNT NO.  xxx-xx-4040<br><br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | | J | Incurred: 12/31/2006<br>Consideration: 2006 1040 Taxes | | | | 17,803.15 | 17,803.15 | 0.00 |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 22,027.02 | $ | $ |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 31,719.41 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 19,462.01 | $ 12,257.40 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>,     Case No. <u>2:09-bk-09979</u>

      **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> A to Z Equipment <br> 15634 N 32nd St <br> Phoenix, AZ 85032 | | C | Consideration: Trade Debt (Business) | | | | 6,000.00 |
| ACCOUNT NO. B29758 <br><br> ADP, Inc. <br> 12250 East Iliff Ave <br> Aurora CO 80014 | X | C | Incurred: 2/2009 <br> Consideration: Trade Debt (Business) | X | X | X | 760.50 |
| ACCOUNT NO. B29758 <br><br> ADP, Inc. <br> Desert Mountain Region <br> PO Box 78415 <br> Phoenix, AZ 85062-8415 | | C | | | | | Notice Only |
| ACCOUNT NO. 2415-63 <br><br> Advanced Call Center Technologies, LLC <br> PO Box 8457 <br> Gray, TN 37615 | | | Collecting for Advanta Business Cards | | | | Notice Only |

<u>   33   </u>continuation sheets attached                          Subtotal ➤ | $     6,760.50

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>,     Case No. <u>2:09-bk-09979</u>

              **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5475-8430-1386-6015 <br><br> Advanta <br> Po Box 30715 <br> Salt Lake City, UT 84130-0715 | | C | | | | | Notice Only |
| ACCOUNT NO. 5475-8430-1386-6015 <br><br> Advanta Bank Corp. <br> Litigation Department <br> Welsh & McKean Roads <br> Spring House, PA 19477-0844 | X | C | Incurred: 2006 - 2008 <br> Consideration: Trade Debt (Business) | X | X | X | 27,633.51 |
| ACCOUNT NO. 342619 <br><br> AIG <br> PO Box 409 <br> Parsippany, NJ 07054-0409 | X | C | Incurred: 2008 <br> Consideration: Trade Debt (Business) | X | X | X | 9,713.00 |
| ACCOUNT NO. Unknown <br><br> Air Park 80 <br> 7801 N Black Canyon Hwy <br> Phoenix, AZ 85021 | X | C | Consideration: Trade Debt (Business) | X | X | X | 155,848.15 |
| ACCOUNT NO. 868160901 <br><br> Allied Insurance <br> PO Box 514540 <br> Los Angeles, CA 90051-4540 | X | C | Incurred: 1/2009 <br> Consideration: Trade Debt (Business) | | | | 3,140.42 |

Sheet no. <u>1</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal ▶   $    196,335.08

                                Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re  Alfonso Padilla & Rose M. Padilla _____ ,     Case No. _____ 2:09-bk-09979 _____
_____ **Debtor** _____                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4790952 <br><br> Allied International Credit Corp. <br> 100 East Shore Drive, 3rd Floor <br> Glen Allen, VA 23059 | | | Collecting for Advanta Bank Corp. | | | | Notice Only |
| ACCOUNT NO.  4790952 <br><br> Allied International Credit Corp. <br> PO Box 1259 <br> Oaks, PA 19456-1259 | | | Collecting for Advanta Bank Corp. | | | | Notice Only |
| ACCOUNT NO.  14769312 <br><br> Allied Interstate, Inc. <br> PO Box 361474 <br> Columbus, OH 43236-1474 | C | | Consideration: Trade Debt (Business) <br> Collecting for Sprint | | | | Notice Only |
| ACCOUNT NO.  14769312 <br><br> Allied Interstate, Inc. <br> 3000 Corporte Exchange Blvd <br> Columbus, OH 73231 | C | | Consideration: Trade Debt (Business) <br> Collecting for Sprint | | | | Notice Only |
| ACCOUNT NO.  8791623773-396 <br><br> Alltel <br> Building 4, Second Floor <br> One Allied Drive <br> Little Rock, AR 72202-2099 | X | C | Incurred: 2009 <br> Consideration: Trade Debt (Business) | X | X | X | 15,067.20 |

Sheet no. __2__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,067.20

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u> ,  Case No. <u>2:09-bk-09979</u>
          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8791623773-396<br><br>Alltel<br>PO Box 79033<br>Phoenix, AZ 85062-9033 | | C | | | | | Notice Only |
| ACCOUNT NO. AA845716<br><br>American Agencies of California, LLC<br>721 North 530 East<br>Orem, UT 84097 | | C | Collecting for Cover Pools, Inc. | | | | Notice Only |
| ACCOUNT NO. AA845716<br><br>American Agencies of California, LLC<br>PO Box 970909<br>Orem, UT 84097-0909 | | C | Collecting for Cover Pools, Inc. | | | | Notice Only |
| ACCOUNT NO. 29668<br><br>American Community Mutual Insurance Complany<br>39201 Seven Mile Road<br>Livonia, MI 48152 | X | C | Consideration: Trade Debt (Business) | X | X | X | Unknown |
| ACCOUNT NO. 2001005009<br><br>American Digital Networks<br>PO Box 6607<br>Annapolis, ML 21401 | X | C | Incurred: 2009<br>Consideration: Trade Debt (Business) | X | X | X | 349.40 |

Sheet no. <u>3</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 349.40
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Alfonso Padilla & Rose M. Padilla                                    ,          Case No.  2:09-bk-09979
_____
Debtor                                                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3715-492714-13004 <br><br> American Express <br> PO Box 0001 <br> Los Angeles, CA 90096-8000 | | C | Consideration: Trade Debt (Business) | | | | Notice Only |
| ACCOUNT NO. 3715-492714-13004 <br><br> American Express <br> PO Box 297812 <br> Ft Lauderdale, FL 33329-7812 | | C | Consideration: Trade Debt (Business) | | | | Notice Only |
| ACCOUNT NO. 3715-492714-13004 <br><br> American Express <br> PO Box 981531 <br> El Paso, TX 79998-1531 | | C | Consideration: Trade Debt (Business) | | | | Notice Only |
| ACCOUNT NO. 3715-492714-13004 <br><br> American Express <br> PO Box 981535 <br> El Paso, TX 79998-1535 | X | C | Incurred: 2006 - 2008 <br> Consideration: Trade Debt (Business) | X | X | X | 16,785.95 |
| ACCOUNT NO. None <br><br> Antoine L. Chagnon <br> 1407 W Grovers Ave <br> Phoenix AZ 85023 | X | C | Consideration: Trade Debt (Business) | X | X | X | Notice Only |

Sheet no. __4__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  16,785.95

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla &amp; Rose M. Padilla</u>,          Case No. <u>2:09-bk-09979</u>
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 321887<br><br>Arizona Central Credit<br>PO Box 11650<br>Phoenix, AZ 85061-1165 | | C | Incurred: 2008<br>Consideration: Credit card debt | | | | 1,415.24 |
| ACCOUNT NO. 23448<br><br>Arizona Neurological Institute<br>7304 E Deer Valley Rd<br>Bldg E, Suite 100<br>Scottsdale, AZ 85255 | X | C | Consideration: Trade Debt (Business) | X | X | X | 295.00 |
| ACCOUNT NO. CC2008-92260RC<br><br>Arrowhead Tire<br>2302 E Jefferson St<br>Phoenix, AZ 85034 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 2,693.84 |
| ACCOUNT NO. 46246<br><br>Artistic Arborist<br>4519 N 7th Ave<br>Phoenix, AZ 85013 | X | C | Incurred: 11/2007<br>Consideration: Trade Debt (Business) | X | X | X | 2,179.43 |
| ACCOUNT NO. 49455598J<br><br>Banner Thunderbird Medical<br>555 W. Thunderbird Rd<br>Glendale, AZ 85306 | | | Consideration: Medical Services | | | | Unknown |

Sheet no. <u>5</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,583.51
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>,      Case No. <u>2:09-bk-09979</u>

                 **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   Unknown<br><br>Border City Tool<br>23325 Blackstone<br>Warren, MI 48089-2675 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 150.00 |
| ACCOUNT NO.   00416010826779<br><br>Chase<br>PO Box 78035<br>Phoenix, AZ 85062-8035 | | C | | | | | Notice Only |
| ACCOUNT NO.   450695798002<br><br>Chase<br>PO Box 78039<br>Phoenix, Az 85062-8039 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 366,158.86 |
| ACCOUNT NO.   450695798001<br><br>Chase<br>PO Box 4661<br>Houston, TX 77210 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 57,452.45 |
| ACCOUNT NO.   450695798003<br><br>Chase<br>PO Box 4661<br>Houston, TX 77210 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 138,384.78 |

Sheet no. <u>6</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $    562,146.09

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>,                     Case No. <u>2:09-bk-09979</u>

        **Debtor**                                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 450695798004 <br><br> Chase <br> PO Box 4661 <br> Houston, TX 77210 | X | C | Incurred: 2006 - 2008 <br> Consideration: Trade Debt (Business) | X | X | X | 36,357.91 |
| ACCOUNT NO. 00450378235001 <br><br> Chase <br> PO Box 4661 <br> Houston, TX 77210-4661 | X | C | Incurred: 2006 - 2008 <br> Consideration: Trade Debt (Business) | X | X | X | 97,343.09 |
| ACCOUNT NO. 00416010917311 <br><br> Chase Auto Finance <br> 14800 Frye Road <br> TX 1-0056 <br> Fort Worth, TX 76155 | | | | | | | Notice Only |
| ACCOUNT NO. 00416010917311 <br><br> Chase Auto Finance <br> PO Box 31167 <br> Tampa, FL 33631-3167 | | | | | | | Notice Only |
| ACCOUNT NO. 00416010917311 <br><br> Chase Auto Finance <br> PO Box 78050 <br> Phoenix, AZ 85062-8050 | | | | | | | Notice Only |

Sheet no. <u>7</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    133,701.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Alfonso Padilla & Rose M. Padilla                          ,          Case No.    2:09-bk-09979
             **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   10633812342703<br><br>Chase Auto Finance<br>PO Box 78067<br>Phoenix, AZ 85062-8067 | | C | Consideration: Trade Debt (Business) | | | | Notice Only |
| ACCOUNT NO.   10633812342703<br><br>Chase Auto Finance<br>PO Box 786068<br>Phoenix, AZ 85062-8068 | | C | Consideration: Trade Debt (Business) | | | | Notice Only |
| ACCOUNT NO.   00416010917311<br><br>Chase Auto Finance<br>PO Box 901065<br>Fort Worth, TX 76101-2065 | | | | | | | Notice Only |
| ACCOUNT NO.   10633812342703<br><br>Chase Auto Finance<br>PO Box 901065<br>Fort Worth, TX 76101-2065 | | C | Consideration: Trade Debt (Business) | | | | Notice Only |
| ACCOUNT NO.   00416010917311<br><br>Chase Auto Finance<br>PO Box 901076<br>Fort Worth, TX 76101-2076 | | C | Incurred: 6/2007<br>Consideration: Motorhome (Repossessed) | | | | 195,448.56 |

Sheet no.  8  of  33  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        195,448.56

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u> , Case No. <u>2:09-bk-09979</u>

          **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10633812342703 <br><br> Chase Auto Finance <br> PO Box 901076 <br> Fort Worth, TX 76101-2076 | | C | Consideration: Trade Debt (Business) | | | | Notice Only |
| ACCOUNT NO. 00416010826779 <br><br> Chase HELOC <br> Attn: HE Payoff Exceptions <br> 3415 Vision Drive - Mail Code OH4-7168 <br> Columbus, OH 43219 | | C | | | | | Notice Only |
| ACCOUNT NO. 1012700077 <br><br> Chrysler Financial <br> PO Box 551080 <br> Jacksonville, FL 32255 | | | Incurred: 2006 <br> Consideration: Jeep Commander (Surrendered) | | | | 7,406.70 |
| ACCOUNT NO. 1012700077 <br><br> Chrysler Financial <br> PO Box 9001921 <br> Louiseville, KY 40290-1921 | | | | | | | Notice Only |
| ACCOUNT NO. 4006329-33116 <br><br> CIGNA <br> 13880 Collections Center Dr <br> Chicago, IL 60693 | X | C | Incurred: 2008 <br> Consideration: Trade Debt (Business) | X | X | X | 3,543.30 |

Sheet no. <u>9</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $        10,950.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

<div style="writing-mode: vertical-lr">Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-756 - 30719 - Acrobat PDFWriter</div>

In re  Alfonso Padilla & Rose M. Padilla _____ ,   Case No. ____2:09-bk-09979_____

_____Debtor_____                                    _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4387U-0022167541<br><br>Cintas<br>1825 W Parkside Ln<br>Phoenix, AZ 85027 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 560.39 |
| ACCOUNT NO.  747498186<br><br>CIT Technology Financial Srvcs, Inc<br>10201 Centurion Parkway, North Suite 100<br>Jacksonville, FL 32256 | X | C | Incurred: 08/2007<br>Consideration: Trade Debt (Business) | X | X | X | 10,189.55 |
| ACCOUNT NO.  2003293278-0<br><br>Citi Mortgage<br>Mail Stop 0305<br>100 Galleria Officenter, Suite 300<br>Southfield, MD 48034-8409 | | | | | | | Notice Only |
| ACCOUNT NO.  2003293278-0<br><br>Citi Mortgage<br>PO Box 6006<br>The Lakes, NV 88901-6006 | | | | | | | Notice Only |
| ACCOUNT NO.  2003293278-0<br><br>Citi Mortgage<br>PO Box 9438<br>Gaithersburg, MD 20898-9438 | | | | | | | Notice Only |

Sheet no. __10__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $       10,749.94

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re  Alfonso Padilla & Rose M. Padilla                                                    ,     Case No.   2:09-bk-09979
_____                                    _____
                                      **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1313.003 ACRD<br><br>Clark Law Firm, P.C.<br>63 East Main Street, 5th Floor<br>Mesa, AZ 85201 | X | C | Incurred: 3/2009<br>Consideration: Legal Services | X | X | X | 125.00 |
| ACCOUNT NO.   1313.002 ACRD<br><br>Clark Law Firm, P.C.<br>PO Box 31036<br>Mesa, AZ 85275-1036 | X | C | Incurred: 1/2009<br>Consideration: Trade Debt (Business) | X | X | X | 200.05 |
| ACCOUNT NO.   62225<br><br>Clear Channel<br>3885 Collections Center Dr<br>Chicago, IL 60693 | X | C | Incurred: 2007 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 15,265.78 |
| ACCOUNT NO.   AME 71-083432848<br><br>CollectCorp Corporation<br>455 North 3rd Street, Suite 260<br>Phoenix, AZ 85004-3924 | | C | Collecting for American Express | | | | Notice Only |
| ACCOUNT NO.   AME 71-083432848<br><br>CollectCorp Corporation<br>PO Box 101928<br>Dept. 4947A<br>Birmingha, AL 35210-1928 | | C | Collecting for American Express | | | | Notice Only |

Sheet no. 11 of 33 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►  $  15,590.83

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u> , Case No. <u>2:09-bk-09979</u>

           Debtor                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. S-0215/99123<br><br>Commercial Collections of America<br>PO Box 27027<br>Tempe, AZ 85285-7027 | C | | Collecting for Sanderson Ford, Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>Construction Collection Specialists, Inc.<br>PO Box 44500<br>Phoenix, AZ 85064-4500 | | | Collecting for Sunstate Equipment Co., LLC. | | | | Notice Only |
| ACCOUNT NO. C-017900<br><br>Corporate Collectoins, Inc.<br>PO Box 2882<br>Scottsdale, AZ 85252 | | | Collecting for A-Z Equipmennt Rental-Sales | | | | Notice Only |
| ACCOUNT NO. 06C3590<br><br>Cover Pools<br>66 E 3335 South<br>Salt Lake City, UT 84115 | C | | Incurred: 09/2008<br>Consideration: Pool Service | | | | 108.00 |
| ACCOUNT NO. 61554-56310<br><br>CrediSolve<br>PO Box 48439<br>Minneapolis, MN 55448-0439 | | | Collecting for ypOne Enterprises, Inc. | | | | Notice Only |

Sheet no. <u>12</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $         108.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Alfonso Padilla & Rose M. Padilla</u>,     Case No. <u>2:09-bk-09979</u>

         Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 09-02894-0<br><br>Credit Management Corporation<br>PO Box 1396<br>Madison, CT 06443-1396 | | | Collecting for Pitney Bowes | | | | Notice Only |
| ACCOUNT NO. CV2009-012517<br><br>David W. Lippman, Esq.<br>Lippman Law Group, P.C.<br>5450 East 5th Street<br>Tucson, AZ 85711 | | C | Attorneys for RSVP | | | | Notice Only |
| ACCOUNT NO. Unknown<br><br>Dex Media West<br>PO Box 79167<br>Phoenix, AZ 85062 | X | C | Incurred: 2006 - 2008<br>Consideration: Advertising | X | X | X | 84,592.00 |
| ACCOUNT NO. None<br><br>Doyle Garrett<br>8236 W Patrick Lane<br>Peoria, AZ 85383-1652 | X | C | Incurred: 12/2007<br>Consideration: Trade Debt (Business) | X | X | X | 190,000.00 |
| ACCOUNT NO. None<br><br>Elvira Gutierrez<br>1407 W Grovers Ave<br>Phoenix AZ 85023 | X | C | Consideration: Trade Debt (Business) | X | X | X | Notice Only |

Sheet no. <u>13</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $      274,592.00

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re  Alfonso Padilla & Rose M. Padilla _____,  Case No. ___2:09-bk-09979_____
   
                            Debtor                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6348124<br><br>Eschelon<br>Po Box 5710<br>Carol Stream, IL 60197 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 900.00 |
| ACCOUNT NO.  ACPGLAO7213095030<br><br>Farmer Leavitt Insurance Agency<br>919 North 1st Street<br>Phoenix, AZ 85004 | X | C | Incurred: 9/2008<br>Consideration: Trade Debt (Business) | | | | 7,213.42 |
| ACCOUNT NO.  TJ9304<br><br>Financial Recovery Services, Inc.<br>Dept 813<br>PO Box 4115<br>Concord, CA 94524 | | C | Collecting for Chase Bank | | | | Notice Only |
| ACCOUNT NO.  TJ9304<br><br>Financial Recovery Services, Inc.<br>PO Box 385908<br>Minneapolis, MN 55438-5908 | | C | Collecting for Chase Bank | | | | Notice Only |
| ACCOUNT NO.  7709037000057711<br><br>First American Payment Systems<br>201 Main Street, Ste 1000<br>Fort Worth, TX 76102 | X | C | Incurred: 2007 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 725.00 |

Sheet no. _14_ of _33_ continuation sheets attached                Subtotal ➤ | $ | 8,838.42
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                           Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u> , Case No. <u>2:09-bk-09979</u>

**Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7709064000059576 <br><br> First American Payment Systems, LP <br> Chargeback Department <br> 100 Throckmorton St, Suite 1800 <br> Fort Worth, TX 76102 | X | | Incurred: 9/2008 <br> Consideration: Trade Debt (Business) | | | | 940.50 |
| ACCOUNT NO. 11618715 <br><br> Focus Receivables Management <br> 1130 Northchase Parkway, Suite 500 <br> Marietta, GA 30067 | | | Collecting for Alltel Communications | | | | Notice Only |
| ACCOUNT NO. 11618715 <br><br> Focus Receivables Management <br> PO box 1976 <br> Southgate, MI 48195-0976 | | | Collecting for Alltel Communications | | | | Notice Only |
| ACCOUNT NO. 11618715 <br><br> Focus Receivables Management <br> PO box 725069 <br> Atlanta, GA 31139-2069 | | | Collecting for Alltel Communications | | | | Notice Only |
| ACCOUNT NO. COM00760 <br><br> Gurstel, Staloch & Chargo, P.A. <br> 64 East Broadway Road, Suite 255 <br> Tempe, AZ 85282 | C | | Collecting for American Internation Co. | | | | Notice Only |

Sheet no. <u>15</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 940.50

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re  Alfonso Padilla & Rose M. Padilla                          ,     Case No.  2:09-bk-09979
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hammerman & Hultgren, P.C.<br>3101 North Central Ave., Suite 500<br>Phoenix, AZ 85012 | | | Collecting for Clear Channel-KFYI | | | | Notice Only |
| ACCOUNT NO.  6035-3225-0366-8513<br><br>Home Depot<br>2455 Paces Ferry Road<br>Atlanta, GA 30339-4024 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 2,000.00 |
| ACCOUNT NO.   None<br><br>Hugo Tufino<br>2038 E Orange<br>Tempe, Arizona 85281 | X | C | Consideration: Trade Debt (Business) | X | X | X | Notice Only |
| ACCOUNT NO.   490000313914<br><br>Idearc Media, LLC<br>Attn: Customer Service Dept.<br>PO Box 610830<br>DFW Airport, TX 75261-0830 | X | C | Incurred: 2007 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 10,788.65 |
| ACCOUNT NO.   490000313914<br><br>Idearc Media, LLC<br>PO Box 619009<br>Dfw Airport, TX 75261-9009 | | C | | | | | Notice Only |

Sheet no.  16  of  33  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 12,788.65

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>, Case No. <u>2:09-bk-09979</u>

　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 490000313914 <br><br> Idearc Media, LLC <br> PO Box 619810 <br> DFW Airport, TX 75261-9810 | | C | | | | | Notice Only |
| ACCOUNT NO. PADAL000 <br><br> Independent Hospitalists, PLLC <br> 3655 W. Anthem Way <br> Suite A-109 PMB 313 <br> Anthem, AZ 85086 | | H | Incurred: 12/2008 <br> Consideration: Medical Services | | | | 693.00 |
| ACCOUNT NO. 100458 <br><br> Integra Telecom, Inc. <br> 3540 East Baseline Road, Suite 150 <br> Phoenix, AZ 85042 | X | C | Incurred: 4/2008 <br> Consideration: Trade Debt (Business) | | | | 65.00 |
| ACCOUNT NO. 6348124 <br><br> Integra Telecom, Inc. <br> c/o Customer Operations - Billing Dispute <br> 1201 NE Lloyd Blvd., Suite 500 <br> Portland, OR 97232 | X | C | Incurred: 2008 <br> Consideration: Trade Debt (Business) | X | X | X | 8,865.77 |
| ACCOUNT NO. 6348124 & 100458 <br><br> Integra Telecom, Inc. <br> PO Box 52513 <br> Phoenix, AZ 85072 | | C | | | | | Notice Only |

Sheet no. <u>17</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 9,623.77

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

In re    Alfonso Padilla & Rose M. Padilla_____ ,    Case No. ___2:09-bk-09979_____
                              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6348124 & 100458<br><br>Integra Telecom, Inc.<br>PO Box 53006<br>Phoenix, AZ 85072-3006 | | C | | | | | Notice Only |
| ACCOUNT NO.   Unknown<br><br>Iron City Rentals<br>1240 S Akimel<br>Chandler, AZ 85226 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 2,600.00 |
| ACCOUNT NO.   CV2009-005132<br><br>Jeffrey Messing, Esq.<br>Poli & Ball, PLC<br>2999 North 44th Street, Ste 500<br>Phoenix, AZ 85018 | | C | Consideration: Trade Debt (Business) | | | | Notice Only |
| ACCOUNT NO.   16008<br><br>Jennings, Haug & Cunningham, LLP<br>2800 North Central Avenue<br>Suite 800<br>Phornix, AZ 85004-1049 | | C | Collecting for Union Distributing | | | | Notice Only |
| ACCOUNT NO.<br><br>Jerold Kaplan Law Office, P.C.<br>2738 East Washington Street<br>Phoenix, AZ 85034 | | | Collecting for American Express | | | | Notice Only |

Sheet no. __18__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        2,600.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re _____Alfonso Padilla & Rose M. Padilla_____,    Case No. _____2:09-bk-09979_____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  601 000000723106316<br><br>JPMorgan Chase Bank, N.A.<br>PO Box 974230<br>Dallas, TX 75397-4230 | X | | Incurred: 1/2009<br>Consideration: Trade Debt (Business) | | | | 86.70 |
| ACCOUNT NO.  Unknown<br><br>Kent A. Lang, Esq.<br>Lang & Baker, PLC<br>8767 East Via De Commercio, Suite 102<br>Scottsdale Arizona 85258 | X | C | Consideration: Legal Services | X | X | X | Unknown |
| ACCOUNT NO.  Unknown<br><br>Laser Impact<br>2730 E Santan St<br>Chandler, AZ 85225 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 1,200.00 |
| ACCOUNT NO.  090246<br><br>Law Offices of Sipe & Landon<br>5363 E Pima, Suite 200<br>Tucson, AZ 85712 | | C | Consideration: Trade Debt (Business)<br>Collecting for Yellow Book USA Pacific | | | | Notice Only |
| ACCOUNT NO.  232314<br><br>Leib<br>20 E. Clementon Rd., Suite 100 S<br>Gibbsboro, NJ 08026 | | C | Consideration: Trade Debt (Business)<br>Collecting for Cigna Healthcare | | | | Notice Only |

Sheet no. __19__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $        1,286.70

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-756 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>,      Case No. <u>2:09-bk-09979</u>

              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DER008099301<br><br>Loop 101 Emergency Physician<br>PO Box 7427<br>Philadelphia, PA 19101-7427 | | | Incurred: 12/2008<br>Consideration: Medical Services | | | | 859.00 |
| ACCOUNT NO.<br><br>Luis Betazos<br>16821 N. 26th St.<br>Phoenix, AZ 85032 | X | C | Consideration: Trade Debt (Business) | X | X | X | Notice Only |
| ACCOUNT NO. Unknown<br><br>Maricopa County Treasurer<br>301 West Jefferson<br>Phoenix, AZ 85003 | | C | Incurred: Unknown<br>Consideration: Trade Debt (Business) | | | | 150.00 |
| ACCOUNT NO. 08-13155<br><br>Mark S. Bosco, Esq.<br>Tiffany & Bosco, P.A.<br>Third Floor Camelback Esplanade II 2525 E. Camelback Rd, 3rd Flr<br>Phoenix Arizona 85016-4237 | | C | Attorneys for Silver State Bank | | | | Notice Only |
| ACCOUNT NO. 350397<br><br>Marko & Sarko, PLLC<br>2525 W. Greenway Rd., Suite 320<br>Phoenix, AZ 85023 | | C | Collecting for A-Z Equipment | | | | Notice Only |

Sheet no. <u>20</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 1,009.00

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Alfonso Padilla & Rose M. Padilla</u> , Case No. <u>2:09-bk-09979</u>
Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 382250 Marlin Leasing PO Box 13604 Philadelphia, PA 19101-3604 | | | | | | | Notice Only |
| ACCOUNT NO. 382250 Marlin Leasing PO Box 637 Mount Laurel, NJ 08054 | X | C | Incurred: 2008 Consideration: Trade Debt (Business) | X | X | X | 677.47 |
| ACCOUNT NO. I84625 McCarthy, Burgess & Wolff The MB & W Building 26000 Cannon Road Cleveland, OH 44146 | | | Collecting for The CIT Group | | | | Notice Only |
| ACCOUNT NO. J42120 McCarthy, Burgess & Wolff The MB & W Building 26000 Cannon Road Cleveland, OH 44146 | X | C | Consideration: Trade Debt (Business) Attorney for Idearc Media LLC | X | X | X | Notice Only |
| ACCOUNT NO. 450-4845771-000 Microsoft Financing CIT Technology Financial Srvcs, Inc 23896 Network Place Chicago, IL 60673-1238 | X | C | Incurred: 2006 - 2008 Consideration: Trade Debt (Business) | X | X | X | 15,222.94 |

Sheet no. <u>21</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,900.41

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Alfonso Padilla & Rose M. Padilla</u>,     Case No. <u>2:09-bk-09979</u>

           **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 450-0000796-000<br><br>Microsoft Financing<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 5,750.00 |
| ACCOUNT NO. 450-0001265-000<br><br>Microsoft Financing<br>Po Box 550599<br>Jacksonville, FL 32255-0599 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 18,095.00 |
| ACCOUNT NO. 01241094<br><br>MSCB Outsource, Inc.<br>642 Brookhaven Court<br>Kirkwood, MO 63122 | | | Collecting for Arizona Neurological Institute | | | | Notice Only |
| ACCOUNT NO. 01241094<br><br>MSCB Outsource, Inc.<br>7119 E. Shea Blvd., Suite 109-537<br>Scottsdale, AZ 85254-6107 | | | Collecting for Arizona Neurological Institute | | | | Notice Only |
| ACCOUNT NO. 02A69553 BAA 7203095030<br><br>Nationwde<br>AMCO insurance Company<br>1100 Locust Dept. 5595<br>Des Moines, IA 50391-5595 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 500.00 |

Sheet no. <u>22</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $     24,345.00

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re  Alfonso Padilla & Rose M. Padilla                                   ,        Case No.  2:09-bk-09979
         **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   02A70179 GLAO 7213095080<br><br>Nationwde<br>AMCO insurance Company<br>1100 Locust Dept. 5595<br>Des Moines, IA 50391-5595 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 500.00 |
| ACCOUNT NO.   49455598J<br><br>North Valley Emergency Specialist<br>PO Box 53026<br>Phoenix, AZ 85072-0000 | X | C | Incurred: 7/2008<br>Consideration: Medical Services | | | | 356.00 |
| ACCOUNT NO.   Unknown<br><br>NPMG<br>2398 E Camelback Rd. Ste 850<br>Phoenix, Arizona 85016 | X | C | Consideration: Trade Debt (Business) | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Oliverio Hernandez<br>1426 E. Roosevelt St.<br>Phoenix, AZ 85006 | X | C | Consideration: Trade Debt (Business) | X | | X | Notice Only |
| ACCOUNT NO.   Sunstate<br><br>Parker Law Firm, P.L.C.<br>141 E. Palm Lane, Suite 111<br>Phoenix, AZ 85004 | | C | Consideration: Trade Debt (Business)<br>Collecting for Sunstate Equipment  Company, LLC | | | | Notice Only |

Sheet no.  23  of  33  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $          856.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u> ,           Case No. <u>2:09-bk-09979</u>

         **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Sunstate<br><br>Parker Law Firm, P.L.C.<br>PO Box 63098<br>Phoenix, AZ 85082-3098 | | C | Consideration: Trade Debt (Business)<br>Collecting for Sunstate Equipment Company, LLC | | | | Notice Only |
| ACCOUNT NO.  062462<br><br>Phone Directories Company<br>PO Box 2277<br>Orem, UT 84059-2277 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | | | | 1,342.67 |
| ACCOUNT NO.  1907-1769-86-3<br><br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wi 54956-1005 | X | C | Incurred: 09/2008<br>Consideration: Trade Debt (Business) | | | | 350.11 |
| ACCOUNT NO.  1907-1769-86-3<br><br>Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 | | C | Incurred: 9/2008 | | | | Notice Only |
| ACCOUNT NO.  623-434-6822F 9222<br><br>Qwest<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | X | C | Incurred: 2/2009<br>Consideration: Trade Debt (Business) | X | X | X | 78.30 |

Sheet no. <u>24</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,771.08

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter*

In re <u>Alfonso Padilla & Rose M. Padilla</u>,     Case No. <u>2:09-bk-09979</u>

                  **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ramiro Hernandez<br>1041N. 26th St.<br>Phoenix, AZ 85008 | X | C | Consideration: Trade Debt (Business) | X | X | X | Notice Only |
| ACCOUNT NO.<br><br>Rapid Collection Systems, Inc<br>4235 N 7th Ave<br>Phoenix, AZ 85013 | | C | Collecting For RSVP | | | | Notice Only |
| ACCOUNT NO. 2077<br><br>Roberts Auto Supply<br>2618 W Deer Valley Road<br>Phoenix, AZ 85027 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 979.18 |
| ACCOUNT NO. Unknown<br><br>RSVP<br>1717 E Morten Ave Suite 150<br>Phoenix, AZ 85020 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 36,000.00 |
| ACCOUNT NO. AL113-00001<br><br>Sacks Tierney, P.A.<br>4250 North Drinkwater Blvd<br>Fourth Floor<br>Scottsdale, AZ 85251-3693 | X | C | Incurred: 9/2008<br>Consideration: Trade Debt (Business) | | | | 161.49 |

Sheet no. <u>25</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                 Subtotal ➤   $        37,140.67

                    Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>, Case No. <u>2:09-bk-09979</u>

                    **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   Unknown<br><br>Safety Kleen<br>PO Box 7170<br>Pasadena, CA 91109 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 360.00 |
| ACCOUNT NO.   Unknown<br><br>Saguaro Gold<br>9170 E Bahia Dr Suite 102<br>Scottsdale, AZ 85260 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 36,000.00 |
| ACCOUNT NO.   Unknown<br><br>Sanderson Ford<br>6300 N 51st Ave<br>Glendale, AZ 85301 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 800.00 |
| ACCOUNT NO.   Unknown<br><br>SavvyShopper<br>3708 Hempland Rd<br>PO Box 610<br>Mountville, PA 17554-0610 | X | C | Incurred: 2008 - 2009<br>Consideration: Trade Debt (Business) | | | | Unknown |
| ACCOUNT NO.   273641<br><br>SCF of Arizona<br>PO Box 33049<br>Phoenix, AZ 85067-3049 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | Notice Only |

Sheet no. <u>26</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $       37,160.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u> , Case No. <u>2:09-bk-09979</u>
          **Debtor**           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  22299-12M<br><br>Shannon & Flemming, P.C.<br>1649 E. Bethany Home Road<br>Phoenix, AZ 85016 | | C | Collecting for Sanderson Ford, Inc. | | | | Notice Only |
| ACCOUNT NO.  67983<br><br>Silver State Bank<br>1081 Whitney Ranch Drive<br>Henderson, NV 89014 | X | C | Incurred: 2/2009<br>Consideration: Trade Debt (Business) | | | | 1,628,170.25 |
| ACCOUNT NO.  67991<br><br>Silver State Bank<br>1081 Whitney Ranch Drive<br>Henderson, NV 89014 | X | C | Incurred: 2/2009<br>Consideration: Trade Debt (Business) | | | | 418,445.58 |
| ACCOUNT NO.  67991/ 67983<br><br>Silver State Bank<br>PO Box 3308<br>Santa Rosa, CA 95402 | | C | | | | | Notice Only |
| ACCOUNT NO.  TJ2008-008086<br><br>Skarecky & Holder, PA<br>3130 N 3rd Ave, Ste 300<br>Phoenix, AZ 85013-4322 | | C | Consideration: Trade Debt (Business)<br>Attorney for Garnishee CMRE | | | | Notice Only |

Sheet no. <u>27</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                Subtotal ► | $ | 2,046,615.83

                Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Alfonso Padilla & Rose M. Padilla</u>,     Case No. <u>2:09-bk-09979</u>

    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CC2008-292260RC<br><br>Skarecky & Holder, PA<br>3130 N 3rd Ave, Ste 300<br>Phoenix, AZ 85013-4322 | | C | Consideration: Trade Debt (Business)<br>Attorneys for Arrowhead Tire | | | | Notice Only |
| ACCOUNT NO. PA0033<br><br>Smile Creations, PLLC<br>711 E Carefree Hwy, Suite 210<br>Phoenix, AZ 85085 | | W | Incurred: 3/25/2008<br>Consideration: Medical Services | | | | 495.00 |
| ACCOUNT NO. Invoices 66164, 66488<br><br>Smiley Crane<br>300 S 59th Ave<br>Phoenix, AZ 85043 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business)<br>Also Invoices 66369, 66375, and 66372. | X | X | X | 1,560.00 |
| ACCOUNT NO. 8109<br><br>Southwest Desert Cardiology<br>19636 N. 27th Avenue, Ste 408<br>Phoenix, AZ 85027 | | H | Incurred: 2008<br>Consideration: Medical Services | | | | 1,198.31 |
| ACCOUNT NO. 676786282<br><br>Sprint<br>PO Box 4181<br>Carol Stream, IL 60197-4181 | | C | | | | | Notice Only |

Sheet no. <u>28</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      3,253.31

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re  Alfonso Padilla & Rose M. Padilla _____,      Case No. ___2:09-bk-09979_____
                              Debtor                                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  676786282 <br><br> Sprint <br> PO Box 8077 <br> London, KY 40742 | X | C | Incurred: 2008 <br> Consideration: Trade Debt (Business) | X | X | X | 1,909.51 |
| ACCOUNT NO.  01743115 <br><br> SRA Associates, Inc. <br> 401 Minnetonka Road <br> Hi Nella, NJ 08083 |  | C | Collecting for Chrystler Financial Services of America |  |  |  | Notice Only |
| ACCOUNT NO.  01743115 <br><br> SRA Associates, Inc. <br> PO Box 4115 <br> Concord, CA 94524 |  | H | Collecting for Chrystler Services of America |  |  |  | Notice Only |
| ACCOUNT NO.   Unknown <br><br> SRI <br> PO Box 963 <br> Addison, TX 75001 |  | C | Incurred: Unknown <br> Consideration: Unknown |  |  |  | 2,000.00 |
| ACCOUNT NO.  53990 <br><br> Sunstate Equipment Co. <br> PO Box 52581 <br> Phoenix, AZ 85072-2581 | X | C | Incurred: 10/2008 <br> Consideration: Trade Debt Business | X | X | X | 1,300.14 |

Sheet no. __29__ of __33__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      5,209.65

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>,      Case No. <u>2:09-bk-09979</u>

                               **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 690077091<br><br>T-Mobile<br>PO Box 51843<br>Los Angeles, CA 90051-6143 | | H | Consideration: Telephone Services | | | | Notice Only |
| ACCOUNT NO. 690077091<br><br>T-Mobile Customer Relations<br>PO Box 37380<br>Alburquerque, NM 87176-7380 | | H | Incurred: 4/2009<br>Consideration: Telephone Services | | | | 526.22 |
| ACCOUNT NO. 4387U-0022167541<br><br>Transworld Systems<br>20401 N 29th Ave #110<br>Phoenix, AZ 85027 | C | | Collecting For Cintas | | | | Notice Only |
| ACCOUNT NO. 16008<br><br>Union Distributing<br>622 S. 56th Avenue<br>Phoenix, AZ 85043-4622 | X   C | | Incurred: 11/2008<br>Consideration: Trade Debt (Business) | X | X | X | 3,606.53 |
| ACCOUNT NO.<br><br>US Collections West, Inc.<br>PO Box 39695<br>Phoenix, AZ 85069 | C | | Collecting for Saguaro Gold Magazine | | | | Notice Only |

Sheet no. <u>30</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal ➤   $     4,132.75

                 Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>,  Case No. <u>2:09-bk-09979</u>

     **Debtor**              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3664154750<br><br>Verizon Directories Corp<br>PO BOx 610609<br>D/FW Airport, TX 75261 | X | C | Incurred: 2008 - 2009<br>Consideration: Trade Debt (Business) | X | X | X | Unknown |
| ACCOUNT NO. 1645<br><br>Vermeer Sales<br>55 South 56th Street<br>Chandler, Arizona 85226 | X | C | Incurred: 2/2008<br>Consideration: Trade Debt (Business) | X | X | X | 1,141.34 |
| ACCOUNT NO. 571-0073619-1571-8<br><br>Waste Management<br>PO Box 78251<br>Phoenix, AZ 85062-8251 | X | C | Incurred: 2006 - 2008<br>Consideration: Trade Debt (Business) | X | X | X | 23,000.00 |
| ACCOUNT NO. 970-08143-0<br><br>West Star<br>3200 N Central Ave, Suite 1400<br>Phoenix, AZ 85012 | X | C | Incurred: 3/2009<br>Consideration: Trade Debt (Business) | | | | 1,951.77 |
| ACCOUNT NO. 970-08143-0<br><br>West Star<br>PO Box 500<br>Phoenix, AZ 85001 | | C | | | | | Notice Only |

Sheet no. <u>31</u> of <u>33</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    26,093.11

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u> ,     Case No. <u>2:09-bk-09979</u>
                **Debtor**                                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 18003104 <br><br> Yellow Pages.com <br> 611 N Brand Blvd <br> Glendale, CA 91203 | X | C | Incurred: 2008 <br> Consideration: Trade Debt (Business) | X | X | X | 1,200.00 |
| ACCOUNT NO. 531475 <br><br> Yellowbook <br> 2201 Renaissance Blvd. <br> King of Prussia, PA 19406 | | C | | | | | Notice Only |
| ACCOUNT NO. 531475 <br><br> Yellowbook <br> 6300 C Street <br> Cedar Rapids, IA 52404-7470 | | C | | | | | Notice Only |
| ACCOUNT NO. 531475 <br><br> Yellowbook <br> Attn: Customer Service <br> PO Box 3162 <br> Cedar Rapids, IA 52406-3162 | X | C | Incurred: 3/2009 <br> Consideration: Trade Debt (Business) | X | X | X | 90.94 |
| ACCOUNT NO. 531475 <br><br> Yellowbook <br> PO Box 660062 <br> Dallas, TX 75266-0062 | | C | | | | | Notice Only |

Sheet no. <u>32</u> of <u>33</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal ➤   $      1,290.94

                          Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re    Alfonso Padilla & Rose M. Padilla                                    ,        Case No.    2:09-bk-09979
_____                                    _____
                         **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   031209<br><br>Yp One<br>10707 Corporate Dr Ste 200<br>Stafford, TX 77477 | X | C | Incurred: 2008<br>Consideration: Trade Debt (Business) | X | X | X | 3,700.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __33__ of __33__ continuation sheets attached          Subtotal ▶ | $ | 3,700.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                          Total ▶ | $ | 3,689,723.85

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>      Case No.     <u>2:09-bk-09979</u>
            **Debtor**                                                 **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re   Alfonso Padilla & Rose M. Padilla          Case No.   2:09-bk-09979
_____                         _____
              **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Chase<br>PO Box 4661<br>Houston, TX 77210-4661 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | City of Mesa<br>Tax and Audit Collections<br>PO Box 16350<br>Mesa, AZ, 85211-6350 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | American Community Mutual Insurance Complany<br>39201 Seven Mile Road<br>Livonia, MI 48152 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Pitney Bowes<br>2225 American Drive<br>Neenah, Wi 54956-1005 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Amercian Express<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Alltel<br>PO Box 79033<br>Phoenix, AZ 85062-9033 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Alltel<br>Building 4 Third Floor<br>One Allied Drive<br>Little Rock, AR 72202-2099 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Qwest<br>PO Box 29040<br>Phoenix, AZ 85038-9040 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>      Case No. <u>   2:09-bk-09979   </u>

      **Debtor**                                               **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Artistic Arborist<br>4519 N 7th Ave<br>Phoenix, AZ 85013 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Clark Law Firm, P.C.<br>PO Box 31036<br>Mesa, AZ 85275-1036 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Integra Telecom<br>PO Box 52513<br>Phoenix, AZ 85072 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Integra Telecom<br>3540 East Baseline Road, Suite 150<br>Phoenix, AZ 85042 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Phone Directories Company<br>PO Box 2277<br>Orem, UT 84059-2277 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Idearc Media, LLC<br>Attn: Customer Service Dept.<br>PO Box 6100830<br>DFW Airport, TX 75261-0830 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Napa Auto Parts<br>2618 West Deer Valley Road<br>Phoenix, AZ 85027 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Roberts Auto Supply<br>2618 W Deer Valley Road<br>Phoenix, AZ 85027 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Sacks Tierney, P.A.<br>4250 North Drinkwater Blvd<br>Fourth Floor<br>Scottsdale, AZ 85251-3693 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Sacks Tierney, P.A.<br>4250 North Drinkwater Blvd<br>Fourth Floor<br>Scottsdale, AZ 85251-3693 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Sunstate Equipment Co.<br>PO Box 52581<br>Phoenix, AZ 85072-2581 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | North Valley Emergency Specialist<br>PO Box 53026<br>Phoenix, AZ 85072-0000 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>　　　　　　　Case No. <u>2:09-bk-09979</u>

　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Nationwde<br>AMCO insurance Company<br>1100 Locust Dept. 5595<br>Des Moines, IA 50391-5595 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Nationwde<br>AMCO insurance Company<br>1100 Locust Dept. 5595<br>Des Moines, IA 50391-5595 |
| Al's Tree & Yardwork, Inc.<br>1638 W. Parsons Rd<br>Phoenix, AZ 85027 | Union Distributing<br>622 S. 56th Avenue<br>Phoenix, AZ 85043-4622 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Vermeer Sales<br>55 S 56th St<br>Chandler, AZ 85226 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | JPMorgan Chase Bank, N.A.<br>PO Box 974230<br>Dallas, TX 75397-4230 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | First American Payment Systems, LP<br>Chargeback Department<br>100 Throckmorton Street, Suite 1800<br>Fort Worth, TX 76102 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Microsoft Financing<br>Po Box 550599<br>Jacksonville, FL 3255-0599 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Advanta<br>Po Box 30715<br>Salt Lake City, UT 84130-0715 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Advanta Bank Corp.<br>Litigation Department<br>Welsh & McKean Roads<br>Spring House, PA 19477-0844 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Farmer Leavitt Insurance Agency<br>919 North 1st Street<br>Phoenix, AZ 85004 |
| Rosie's Rental, LLC<br>1432 East Alameda Road<br>Phoenix, AZ 85024-4305 | Chase<br>PO Box 4661<br>Houston, TX 77210 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re Alfonso Padilla & Rose M. Padilla _____    Case No. _____2:09-bk-09979_____
            **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rosie's Rental, LLC<br>1432 East Alameda Road<br>Phoenix, AZ 85024-4305 | Chase<br>PO Box 78039<br>Phoenix, Az 85062-8039 |
| Rosie's Rental, LLC<br>1432 East Alameda Road<br>Phoenix, AZ 85024-4305 | Chase<br>PO Box 4661<br>Houston, TX 77210 |
| Rosie's Rental, LLC<br>1432 East Alameda Road<br>Phoenix, AZ 85024-4305 | Chase<br>PO Box 4661<br>Houston, TX 77210 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | CIT Technology Financail Services, Inc.<br>10201 Centurion Parkway, North Suite 100<br>Jacksonville, FL 32256 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Marlin Leasing<br>PO Box 13604<br>Philadelphia, PA 19101-3604 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Marko & Sarko, PLLC<br>2525 W. Greenway Rd., Suite 320<br>Phoenix, AZ 85023 |
| MNN Ranching, LLC<br>1638 W Parsons Road<br>Phoenix, AZ 85085 | West Star<br>3200 N Central Ave, Suite 1400<br>Phoenix, AZ 85012 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Sprint<br>PO Box 8077<br>London, KY 40742 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | SCF of Arizona<br>PO Box 33049<br>Phoenix, AZ 85067-3049 |
| Safari Gardens<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | City of Phoenix<br>PO Box 29690<br>Phoenix, AZ 85038-9690 |
| Rosie's Rental, LLC<br>1432 East Alameda Road<br>Phoenix, AZ 85024-4305 | City of Phoenix<br>PO Box 29690<br>Phoenix, AZ 85038-9690 |
| R-N-R Land Investment, LLC<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | City of Phoenix<br>PO Box 29690<br>Phoenix, AZ 85038-9690 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>                    Case No. <u>2:09-bk-09979</u>
                    **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rosie's Rental, LLC<br>1432 East Alameda Road<br>Phoenix, AZ 85024-4305 | Arizona Department of Revenue<br>PO Box 29070<br>Phoenix, AZ 85038-9070 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | IRS<br>ACS Support<br>PO Box 24017<br>Fresno, CA 93779-4017 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Yellow Book<br>6300 C Street<br>Cedar Rapids, IA 52404-7470 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Yellowbook<br>Attn: Customer Service<br>PO Box 3162<br>Cedar Rapids, IA 52406-3162 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Phoenix City Treasurer<br>PO Box 29690<br>Phoenix, AZ 85038-9690 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Yp One<br>10707 Corporate Dr Ste 200<br>Stafford, TX 77477 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Verizon Directories Corp<br>PO BOx 610609<br>D/FW Airport, TX 75261 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | SavvyShopper<br>3708 Hempland Rd<br>PO Box 610<br>Mountville, PA 17554-0610 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | NPMG<br>2398 E Camelback Rd. Ste 850<br>Phoenix, Arizona 85016 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Smiley Crane<br>300 S 59th Ave<br>Phoenix, AZ 85043 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Doyle and Lois Garrett<br>8236 W Patrick Lane<br>Peoria, AZ 85383-1652 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | ADP, Inc.<br>12250 East Iliff Ave<br>Aurora CO 80014 |

In re Alfonso Padilla & Rose M. Padilla       Case No.     2:09-bk-09979

**Debtor**                                                     **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Clark Law Firm, P.C.<br>63 East Main Street, 5th Floor<br>Mesa, AZ 85201 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Silver State Bank<br>1081 Whitney Ranch Drive<br>Henderson, NV 89014 |
| R-N-R Land Investment, LLC<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Silver State Bank<br>1081 Whitney Ranch Drive<br>Henderson, NV 89014 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Antoine L. Chagnon<br>1407 W Grovers Ave<br>Phoenix AZ 85023 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Chase Auto Finance<br>PO Box 78067<br>Phoenix, AZ 85062-8067 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | AIG<br>PO Box 409<br>Parsippany, NJ 07054-0409 |
| R-N-R Land Investment, LLC<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Air Park 80<br>7801 N Black Canyon Hwy<br>Phoenix, AZ 85021 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Arrowhead Tire<br>2302 E Jefferson St<br>Phoenix, AZ 85034 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Border City Tool<br>23325 Blackstone<br>Warren, MI 48089-2675 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | CIGNA<br>13880 Collections Center Dr<br>Chicago, IL 60693 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Cintas<br>1825 W Parkside Ln<br>Phoenix, AZ 85027 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Clear Channel<br>3885 Collections Center Dr<br>Chicago, IL 60693 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re <u>Alfonso Padilla & Rose M. Padilla</u>                    Case No. <u>2:09-bk-09979</u>
         **Debtor**                                                                 **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Dex Media West<br>PO Box 79167<br>Phoenix, AZ 85062 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Eschelon<br>Po Box 5710<br>Carol Stream, IL 60197 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Home Depot<br>2455 Paces Ferry Road<br>Atlanta, GA 30339-4024 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Integra Telecom, Inc.<br>c/o Customer Operations - Billing Dispute<br>1201 NE Lloyd Blvd., Suite 500<br>Portland, OR 97232 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Iron City Rentals<br>1240 S Akimel<br>Chandler, AZ 85226 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Laser Impact<br>2730 E Santan St<br>Chandler, AZ 85225 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Kent A. Lang, Esq.<br>Lang & Baker, PLC<br>8767 East Via De Commercio, Suite 102<br>Scottsdale Arizona 85258 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Microsoft Financing<br>PO Box 550599<br>Jacksonville, FL 32255-0599 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Microsoft Financing<br>Po Box 550599<br>Jacksonville, FL 32255-0599 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | RSVP<br>1717 E Morten Ave Suite 150<br>Phoenix, AZ 85020 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Safety Kleen<br>PO Box 7170<br>Pasadena, CA 91109 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Saguaro Gold<br>9170 E Bahia Dr Suite 102<br>Scottsdale, AZ 85260 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

B6H (Official Form) (12/07) -- Cont.

In re Alfonso Padilla & Rose M. Padilla
Debtor

Case No. 2:09-bk-09979
(if known)

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Sanderson Ford<br>6300 N 51st Ave<br>Glendale, AZ 85301 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Waste Management<br>PO Box 78251<br>Phoenix, AZ 85062-8251 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Yellow Pages.com<br>611 N Brand Blvd<br>Glendale, CA 91203 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Arizona Neurological Institute<br>7304 E Deer Valley Rd<br>Bldg E, Suite 100<br>Scottsdale, AZ 85255 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | First American Payment Systems<br>201 Main Street, Ste 1000<br>Fort Worth, TX 76102 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Chase Auto Finance<br>PO Box 78067<br>Phoenix, AZ 85062-8067 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Allied insurance<br>PO Box 514540<br>Los Angeles, CA 90051-4540 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | American Digital Networks<br>PO Box 6607<br>Annapolis, ML 21401 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Luis Betazos<br>16821 N. 26th St.<br>Phoenix, AZ 85032 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Ramiro Hernandez<br>1041N. 26th St.<br>Phoenix, AZ 85008 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Oliverio Hernandez<br>1426 E. Roosevelt St.<br>Phoenix, AZ 85006 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Elvira Gutierrez<br>1407 W Grovers Ave<br>Phoenix AZ 85023 |

In re <u>Alfonso Padilla & Rose M. Padilla</u>　　　　　Case No.　<u>2:09-bk-09979</u>

**Debtor**　　　　　　　　　　　　　　　**(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | McCarthy, Burgess & Wolff<br>The MB & W Building<br>26000 Cannon Road<br>Cleveland, OH 44146 |
| Al's Tree & Yardwork, Inc.<br>1462 E. Alameda Dr.<br>Phoenix, AZ 85024-4305 | Hugo Tufino<br>2038 E Orange<br>Tempe, Arizona 85281 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re ___Alfonso Padilla & Rose M. Padilla_____  Case ___2:09-bk-09979_____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Office Manager |
| Name of Employer | | Chip Off The Old Block, LLC |
| How long employed | | 0 yrs, 1 mo |
| Address of Employer | | 22025 N 24th Avenue |
| | | Phoenix, AZ 85027 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 1,300.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 1,300.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 200.48 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 200.48 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,099.52 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify)_____ | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income _____ (Specify) _____ | $ 0.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 0.00 | $ 1,099.52 |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | | $ 1,099.52 |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Debtors' business was forced to close due to economic conditions 12/2008.
Debtor is seeking disability and replacement employment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-756 - 30719 - Acrobat PDFWriter

In re   Alfonso Padilla & Rose M. Padilla                               Case No.   2:09-bk-09979
_____                              _____
                  **Debtor**                                                          **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

        Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,210.54 |
|     a. Are real estate taxes included?     Yes ✓   No _____ | |
|     b. Is property insurance included?     Yes _____   No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 500.00 |
|            b. Water and sewer | $ 0.00 |
|            c. Telephone | $ 60.00 |
|            d. Other _____ | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 400.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | $ 50.00 |
|          b. Life | $ 149.49 |
|          c. Health | $ 0.00 |
|          d. Auto | $ 0.00 |
|          e. Other___ Dental | $ 15.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto | $ 0.00 |
|          b. Other _____ | $ 0.00 |
|          c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, | $ 5,185.03 |

if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|     a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $1,099.52. See Schedule I) | $ 1,099.52 |
|     b. Average monthly expenses from Line 18 above | $ 5,185.03 |
|     c. Monthly net income (a. minus b.)     (Net includes Debtor/Spouse combined Amounts) | $ -4,085.51 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., - ver. 4.4.9-756 - 30719 - Acrobat PDFWriter

# United States Bankruptcy Court
## District of Arizona

In re     Alfonso Padilla & Rose M. Padilla        Case No.    2:09-bk-09979

                  Debtor

                                               Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 540,000.00 | | |
| B – Personal Property | YES | 3 | $ 26,388.78 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 550,786.67 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 31,719.41 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 34 | | $ 3,689,723.85 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 9 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,099.52 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 5,185.03 |
| TOTAL | | 56 | $ 566,388.78 | $ 4,272,229.93 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-756 - 30719 - Acrobat PDFWriter

# United States Bankruptcy Court
## District of Arizona

In re __Alfonso Padilla & Rose M. Padilla__
Debtor

Case No. __2:09-bk-09979__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

In re ___Alfonso Padilla & Rose M. Padilla_____  Case No. ___2:09-bk-09979___

                **Debtor**                                                                   **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____58____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___May 26, 2009_____  Signature: ___/s/ Alfonso Padilla_____

                                                                  **Debtor:**

Date ___May 26, 2009_____  Signature: ___/s/ Rose M Padilla_____

                                                          **(Joint Debtor, if any)**

                                        **[If joint case, both spouses must sign.]**

--------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer               *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____  _____
   Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  Signature: _____

                                             _____
                                           [Print or type name of individual signing on behalf of debtor.]

               *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In Re  Alfonso Padilla & Rose M. Padilla                          Case No.  2:09-bk-09979
                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2009(db) | $0.00 | None. |
| 2008(db) | $239,931.17 | Al's Tree & Yard Work, Inc. |
| 2007(db) | $227,395.00 | Al's Tree & Yard Work, Inc. |
| | | |
| 2009(jdb) | $600.00 | Chip Off The Old Block, LLC |
| 2008(jdb) | $0.00 | None. |
| 2007(jdb) | $0.00 | None. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

**2. Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2008(db) | $0.00 | None. |
| 2007(db) | $0.00 | None. |
| 2008(jdb) | $0.00 | None. |
| 2007(jdb) | $0.00 | None. |

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

None

☒     *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| JP Morgan Chase Bank, N.A. v. Rosie's Rentals, LLC; Al's Tree and Yard Work; Alfonso Padilla and Rose Padilla Case No. CV2009-005132 | Collections | Arizona Superior Court Maricopa County | Pending |
| Waste Management of Arizona v. Al's Tree and Yard Work; Alfonso Padilla Case No. CV2009-007062 | Collections | Arizona Superior Court Maricopa County | Pending |
| Arrowhead Tire v. Al's Tree and Yard Work Case No. CC2008-92260RC | Collections | Dreamy Draw Justice Court Maricopa County | Pending |

None

☒     b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Rick Brodie<br>25657 North 17th Ave<br>Phoenix, Arizona 85085 | 10/15/08 | Deed In Lieu of Foreclosure<br>3 Acres |
| Chase Auto Finance<br>PO Box 31167<br>Tampa, FL 33631-3167 | 2/2009 | 2004 Holiday Navigator<br>(Motorhome)<br>VIN: 1RF14551241028415 |
| Chrysler Financial<br>PO Box 551080<br>Jacksonville, FL 32255 | 2/2009 | 2006 Jeep Commander<br>VIN: 1J8HG58286C364569 |

**6. Assignments and Receiverships**

None
☒

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

**7. Gifts**

None ☐     List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Valley Pentecostal Church 6602 N 51st Ave Glendale, AZ 85302 | | weekly, when able | various tithes and offering |

---

**8. Losses**

None ☒     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.     Payments related to debt counseling or bankruptcy**

None ☐     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James F. Kahn James F. Kahn, P.C. 301 E. Bethany Home Road Suite C-195 Phoenix, AZ 85012 | 12/2008 | $5,000.00 Fees $299.00 Chapter 7 filing fee |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

**10. Other transfers**

None   a.   List all other property, other than property transferred in the ordinary course of the business or financial
☒     affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
     commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by
     either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
     is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

    b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this
     case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☐

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| The Padilla Revocable Trust dated March 22, 2006 | 3/2006 | Home and all personal property (All ownership interest has since been transferred back to the Debtors). |

**11. Closed financial accounts**

None     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☐     which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
     this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
     shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
     houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include
     information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
     filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| JPMorgan Chase Bank 701 E Bell Rd Phoenix, Arizona 85022 | Checking 716499611 Closing Balance: $0.00 | $2,019.24 8/20/08 |
| JPMorgan Chase Bank 701 E Bell Rd Phoenix, Arizona 85022 | Checking Account 784795536 Closing Balance: $0.00 | $687.46 12/19/2008 |
| JPMorgan Chase Bank 701 E Bell Rd Phoenix, Arizona 85022 | Savings Account 2334482532 Closing Balance: $0.00 | $520.16 12/19/2008 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

**16. Spouses and Former Spouses**

None 

      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

          NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

      "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

      "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

<table>
<tr><td>None</td><td>a.</td><td>If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.</td></tr>
</table>

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Safari Gardens | 20-5844238 | c/o Al and Rose Padilla 1638 W Parsons Road Phoenix, Az 85085 | Tree Care / Nursery Never Used. | 12/2005 - present |
| M 'n N Ranching, LLC | 20-8065112 | c/o Al and Rose Padilla 1638 W Parsons Road Phoenix, Az 85085 | Land Holding | 11/2006 - present |
| Rosie's Rentals, LLC | 20-5198392 | c/o Al and Rose Padilla 1638 W Parsons Road Phoenix, Az 85085 | Tree Care Truck Rental | 12/2005 - 12/2008 |
| R-N-R Land Investment, LLC | 20-5844135 | c/o Al and Rose Padilla 1638 W Parsons Road Phoenix, Az 85085 | Land Holding | 12/2005 - present |
| Al's Tree And Yardwork | 86-0802297 | c/o Al and Rose Padilla 1638 W Parsons Road Phoenix, Az 85085 | Tree Care & Landscaping | 7/1931 - 12/13/2008 |
| Last Roundup, LLC | None | c/o Al and Rose Padilla 1638 W Parsons Road Phoenix, Az 85085 | Weed control Never Used. | 6/2007 - 9//2007 |

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

NAME                                                                ADDRESS


[Questions 19 - 25 are not applicable to this case]

\*    \*    \*    \*    \*    \*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | | |
|---|---|---|---|
| Date | May 26, 2009 | Signature of Debtor | /s/ Alfonso Padilla |
| | | | ALFONSO PADILLA |
| Date | May 26, 2009 | Signature of Joint Debtor | /s/ Rose M Padilla |
| | | | ROSE M PADILLA |

0 continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X_____        _____

Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re   Alfonso Padilla & Rose M. Padilla                              ,   Case No.   2:09-bk-09979
_____                            _____
                        Debtor                                                Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

---

Property No.  1

| **Creditor's Name:**<br>Citi Mortgage, Inc. | **Describe Property Securing Debt:**<br>Homestead |
|---|---|

Property will be *(check one)*:

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
☑ Claimed as exempt                    ☐ Not claimed as exempt

---

Property No. 2  *(if necessary)*

| **Creditor's Name:**<br>Chase HELOC | **Describe Property Securing Debt:**<br>Homestead |
|---|---|

Property will be *(check one)*:

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
☑ Claimed as exempt                    ☐ Not claimed as exempt

---

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | NO Leased Property | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES      ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES      ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES      ☐ NO |

__1__ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: May 26, 2009 _____

_____
/s/ Alfonso Padilla
Signature of Debtor

_____
/s/ Rose M Padilla
Signature of Joint Debtor

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A   - Continuation

| Property No: 3 | |
|---|---|
| **Creditor's Name:**<br>Chase Auto Finance | **Describe Property Securing Debt:**<br>2007 Hyundai Santa Fe |

Property will be   *(check one):*

☐   Surrendered          ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☑   Reaffirm the debt

☐   Other.  Explain _____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☑   Claimed as exempt                    ☐   Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

A TO Z EQUIPMENT
15634 N 32ND ST
PHOENIX, AZ 85032

ADP, INC.
ACCT NO: B29758
12250 EAST ILIFF AVE
AURORA CO 80014

ADP, INC.
ACCT NO: B29758
DESERT MOUNTAIN REGION
PO BOX 78415
PHOENIX, AZ 85062-8415

ADVANCED CALL CENTER TECHNOLOGIES,
LLC
ACCT NO: 2415-63
PO BOX 8457
GRAY, TN 37615

ADVANTA
ACCT NO: 5475-8430-1386-6015
PO BOX 30715
SALT LAKE CITY, UT 84130-0715

ADVANTA BANK CORP.
ACCT NO: 5475-8430-1386-6015
LITIGATION DEPARTMENT
WELSH & MCKEAN ROADS
SPRING HOUSE, PA 19477-0844

AIG
ACCT NO: 342619
PO BOX 409
PARSIPPANY, NJ 07054-0409

AIR PARK 80
ACCT NO: UNKNOWN
7801 N BLACK CANYON HWY
PHOENIX, AZ 85021

AL'S TREE & YARDWORK, INC.
1462 E. ALAMEDA DR.
PHOENIX, AZ 85024-4305

AL'S TREE & YARDWORK, INC.
1638 W. PARSONS RD
PHOENIX, AZ 85027

ALLIED INSURANCE
ACCT NO: 868160901
PO BOX 514540
LOS ANGELES, CA 90051-4540

ALLIED INTERNATIONAL
CREDIT CORP.
ACCT NO: 4790952
100 EAST SHORE DRIVE, 3RD
FLOOR
GLEN ALLEN, VA 23059

ALLIED INTERNATIONAL CREDIT CORP.
ACCT NO: 4790952
PO BOX 1259
OAKS, PA 19456-1259

ALLIED INTERSTATE, INC.
ACCT NO: 14769312
PO BOX 361474
COLUMBUS, OH 43236-1474

ALLIED INTERSTATE, INC.
ACCT NO: 14769312
3000 CORPORTE EXCHANGE
BLVD
COLUMBUS, OH 73231

ALLTEL
ACCT NO: 8791623773-396
BUILDING 4, SECOND FLOOR
ONE ALLIED DRIVE
LITTLE ROCK, AR 72202-2099

ALLTEL
ACCT NO: 8791623773-396
PO BOX 79033
PHOENIX, AZ 85062-9033

AMERICAN AGENCIES OF
CALIFORNIA, LLC
ACCT NO: AA845716
721 NORTH 530 EAST
OREM, UT 84097

AMERICAN AGENCIES OF CALIFORNIA, LLC
ACCT NO: AA845716
PO BOX 970909
OREM, UT 84097-0909

AMERICAN COMMUNITY MUTUAL
INSURANCE COMPLANY
ACCT NO: 29668
39201 SEVEN MILE ROAD
LIVONIA, MI 48152

AMERICAN DIGITAL NETWORKS
ACCT NO: 2001005009
PO BOX 6607
ANNAPOLIS, ML 21401

AMERICAN EXPRESS
ACCT NO: 3715-492714-13004
PO BOX 0001
LOS ANGELES, CA 90096-8000

AMERICAN EXPRESS
ACCT NO: 3715-492714-13004
PO BOX 297812
FT LAUDERDALE, FL 33329-7812

AMERICAN EXPRESS
ACCT NO: 3715-492714-13004
PO BOX 981531
EL PASO, TX 79998-1531

AMERICAN EXPRESS
ACCT NO: 3715-492714-13004
PO BOX 981535
EL PASO, TX 79998-1535

ANTOINE L. CHAGNON
ACCT NO: NONE
1407 W GROVERS AVE
PHOENIX AZ 85023

ARIZONA CENTRAL CREDIT
ACCT NO: 321887
PO BOX 11650
PHOENIX, AZ 85061-1165

ARIZONA DEPARTMENT OF REVENUE
ACCT NO: 200701631916
ATTN: COLLECTIONS DIVISION
1600 WEST MONROE STREE
PHOENIX, AZ 85007

ARIZONA DEPARTMENT OF REVENUE
ACCT NO: LIC 20145680
PO BOX 29070
PHOENIX, AZ 85038-9070

ARIZONA DEPARTMENT OF
REVENUE
ACCT NO: 200701631916
PO BOX 29085
PHOENIX, AZ 85038-9085

ARIZONA NEUROLOGICAL INSTITUTE
ACCT NO: 23448
7304 E DEER VALLEY RD
BLDG E, SUITE 100
SCOTTSDALE, AZ 85255

ARROWHEAD TIRE
ACCT NO: CC2008-92260RC
2302 E JEFFERSON ST
PHOENIX, AZ 85034

ARTISTIC ARBORIST
ACCT NO: 46246
4519 N 7TH AVE
PHOENIX, AZ 85013

BANNER THUNDERBIRD MEDICAL
ACCT NO: 49455598J
555 W. THUNDERBIRD RD
GLENDALE, AZ 85306

BORDER CITY TOOL
ACCT NO: UNKNOWN
23325 BLACKSTONE
WARREN, MI 48089-2675

CHASE
ACCT NO: 00416010826779
PO BOX 78035
PHOENIX, AZ 85062-8035

CHASE
ACCT NO: 450695798002
PO BOX 78039
PHOENIX, AZ 85062-8039

CHASE
ACCT NO: 00416010826779
HOME EQUITY LOAN SERVICING
PO BOX 24714
COLUMBUS, OH 43224

CHASE
ACCT NO: 450695798001
PO BOX 4661
HOUSTON, TX 77210

CHASE
ACCT NO: 00450378235001
PO BOX 4661
HOUSTON, TX 77210-4661

CHASE AUTO FINANCE
ACCT NO: 00416010917311
14800 FRYE ROAD
TX 1-0056
FORT WORTH, TX 76155

CHASE AUTO FINANCE
ACCT NO: 00416010917311
PO BOX 31167
TAMPA, FL 33631-3167

CHASE AUTO FINANCE
ACCT NO: 00416010917311
PO BOX 78050
PHOENIX, AZ 85062-8050

CHASE AUTO FINANCE
ACCT NO: 10633812342703
PO BOX 78067
PHOENIX, AZ 85062-8067

CHASE AUTO FINANCE
ACCT NO: 10633812342703
PO BOX 786068
PHOENIX, AZ 85062-8068

CHASE AUTO FINANCE
ACCT NO: 00416010917311
PO BOX 901065
FORT WORTH, TX 76101-2065

CHASE AUTO FINANCE
ACCT NO: 10633812342703
PO BOX 901076
FORT WORTH, TX 76101-2076

CHASE HELOC
ACCT NO: 00416010826779
ATTN: HE PAYOFF
EXCEPTIONS
3415 VISION DRIVE - MAIL
CODE OH4-7168
COLUMBUS, OH 43219

CHRYSLER FINANCIAL
ACCT NO: 1012700077
PO BOX 551080
JACKSONVILLE, FL 32255

CHRYSLER FINANCIAL
ACCT NO: 1012700077
PO BOX 9001921
LOUISEVILLE, KY 40290-1921

CIGNA
ACCT NO: 4006329-33116
13880 COLLECTIONS CENTER
DR
CHICAGO, IL 60693

CINTAS
ACCT NO: 4387U-0022167541
1825 W PARKSIDE LN
PHOENIX, AZ 85027

CIT TECHNOLOGY FINANCIAL SRVCS, INC
ACCT NO: 747498186
10201 CENTURION PARKWAY, NORTH SUITE
100
JACKSONVILLE, FL 32256

CITI MORTGAGE
ACCT NO: 2003293278-0
MAIL STOP 0305
100 GALLERIA OFFICENTER,
SUITE 300
SOUTHFIELD, MD 48034-8409

CITI MORTGAGE
ACCT NO: 2003293278-0
PO BOX 6006
THE LAKES, NV 88901-6006

CITI MORTGAGE
ACCT NO: 2003293278-0
PO BOX 9438
GAITHERSBURG, MD 20898-9438

CITI MORTGAGE, INC.
ACCT NO: 2003293278-0
ATTN: CUSTOMER RESEARCH
TEAM
PO BOX 9442
GAITHERSBURG, MD
20898-9442

CITY OF MESA
ACCT NO: 00228632
TAX AND AUDIT COLLECTIONS
PO BOX 16350
MESA, AZ, 85211-6350

CITY OF PHOENIX
ACCT NO: 06011409
PO BOX 29690
PHOENIX, AZ 85038-9690

CLARK LAW FIRM, P.C.
ACCT NO: 1313.003 ACRD
63 EAST MAIN STREET, 5TH
FLOOR
MESA, AZ 85201

CLARK LAW FIRM, P.C.
ACCT NO: 1313.002 ACRD
PO BOX 31036
MESA, AZ 85275-1036

CLEAR CHANNEL
ACCT NO: 62225
3885 COLLECTIONS CENTER DR
CHICAGO, IL 60693

COLLECTCORP CORPORATION
ACCT NO: AME 71-083432848
455 NORTH 3RD STREET, SUITE 260
PHOENIX, AZ 85004-3924

COLLECTCORP CORPORATION
ACCT NO: AME 71-083432848
PO BOX 101928
DEPT. 4947A
BIRMINGHA, AL 35210-1928

COMMERCIAL COLLECTIONS OF AMERICA
ACCT NO: S-0215/99123
PO BOX 27027
TEMPE, AZ 85285-7027

CONSTRUCTION COLLECTION
SPECIALISTS, INC.
PO BOX 44500
PHOENIX, AZ 85064-4500

CORPORATE COLLECTOINS, INC.
ACCT NO: C-017900
PO BOX 2882
SCOTTSDALE, AZ 85252

COVER POOLS
ACCT NO: 06C3590
66 E 3335 SOUTH
SALT LAKE CITY, UT 84115

CREDISOLVE
ACCT NO: 61554-56310
PO BOX 48439
MINNEAPOLIS, MN 55448-0439

CREDIT MANAGEMENT CORPORATION
ACCT NO: 09-02894-0
PO BOX 1396
MADISON, CT 06443-1396

DAVID W. LIPPMAN, ESQ.
ACCT NO: CV2009-012517
LIPPMAN LAW GROUP, P.C.
5450 EAST 5TH STREET
TUCSON, AZ 85711

DEX MEDIA WEST
ACCT NO: UNKNOWN
PO BOX 79167
PHOENIX, AZ 85062

DOYLE GARRETT
ACCT NO: NONE
8236 W PATRICK LANE
PEORIA, AZ 85383-1652

ELVIRA GUTIERREZ
ACCT NO: NONE
1407 W GROVERS AVE
PHOENIX AZ 85023

ESCHELON
ACCT NO: 6348124
PO BOX 5710
CAROL STREAM, IL 60197

FARMER LEAVITT INSURANCE AGENCY
ACCT NO: ACPGLAO7213095030
919 NORTH 1ST STREET
PHOENIX, AZ 85004

FINANCIAL RECOVERY SERVICES, INC.
ACCT NO: TJ9304
DEPT 813
PO BOX 4115
CONCORD, CA 94524

FINANCIAL RECOVERY
SERVICES, INC.
ACCT NO: TJ9304
PO BOX 385908
MINNEAPOLIS, MN 55438-5908

FIRST AMERICAN PAYMENT SYSTEMS
ACCT NO: 7709037000057711
201 MAIN STREET, STE 1000
FORT WORTH, TX 76102

FIRST AMERICAN PAYMENT SYSTEMS, LP
ACCT NO: 7709064000059576
CHARGEBACK DEPARTMENT
100 THROCKMORTON ST, SUITE 1800
FORT WORTH, TX 76102

FOCUS RECEIVABLES
MANAGEMENT
ACCT NO: 11618715
1130 NORTHCHASE PARKWAY,
SUITE 500
MARIETTA, GA 30067

FOCUS RECEIVABLES MANAGEMENT
ACCT NO: 11618715
PO BOX 1976
SOUTHGATE, MI 48195-0976

FOCUS RECEIVABLES MANAGEMENT
ACCT NO: 11618715
PO BOX 725069
ATLANTA, GA 31139-2069

GURSTEL, STALOCH &
CHARGO, P.A.
ACCT NO: COM00760
64 EAST BROADWAY ROAD,
SUITE 255
TEMPE, AZ 85282

HAMMERMAN & HULTGREN, P.C.
3101 NORTH CENTRAL AVE., SUITE 500
PHOENIX, AZ 85012

HOME DEPOT
ACCT NO: 6035-3225-0366-8513
2455 PACES FERRY ROAD
ATLANTA, GA 30339-4024

HUGO TUFINO
ACCT NO: NONE
2038 E ORANGE
TEMPE, ARIZONA 85281

IDEARC MEDIA, LLC
ACCT NO: 490000313914
ATTN: CUSTOMER SERVICE DEPT.
PO BOX 610830
DFW AIRPORT, TX 75261-0830

IDEARC MEDIA, LLC
ACCT NO: 490000313914
PO BOX 619009
DFW AIRPORT, TX 75261-9009

IDEARC MEDIA, LLC
ACCT NO: 490000313914
PO BOX 619810
DFW AIRPORT, TX 75261-9810

INDEPENDENT HOSPITALISTS, PLLC
ACCT NO: PADAL000
3655 W. ANTHEM WAY
SUITE A-109 PMB 313
ANTHEM, AZ 85086

INTEGRA TELECOM, INC.
ACCT NO: 100458
3540 EAST BASELINE ROAD, SUITE 150
PHOENIX, AZ 85042

INTEGRA TELECOM, INC.
ACCT NO: 6348124
C/O CUSTOMER OPERATIONS -
BILLING DISPUTE
1201 NE LLOYD BLVD., SUITE
500
PORTLAND, OR 97232

INTEGRA TELECOM, INC.
ACCT NO: 6348124 & 100458
PO BOX 52513
PHOENIX, AZ 85072

INTEGRA TELECOM, INC.
ACCT NO: 6348124 & 100458
PO BOX 53006
PHOENIX, AZ 85072-3006

INTERNAL REVENUE SERVICE
ACCT NO: XXX-XX-4040
PO BOX 21126
PHILADELPHIA, PA 19114-0326

IRON CITY RENTALS
ACCT NO: UNKNOWN
1240 S AKIMEL
CHANDLER, AZ 85226

JEFFREY MESSING, ESQ.
ACCT NO: CV2009-005132
POLI & BALL, PLC
2999 NORTH 44TH STREET, STE 500
PHOENIX, AZ 85018

JENNINGS, HAUG &
CUNNINGHAM, LLP
ACCT NO: 16008
2800 NORTH CENTRAL AVENUE
SUITE 800
PHORNIX, AZ 85004-1049

JEROLD KAPLAN LAW OFFICE, P.C.
2738 EAST WASHINGTON STREET
PHOENIX, AZ 85034

JPMORGAN CHASE BANK, N.A.
ACCT NO: 601 000000723106316
PO BOX 974230
DALLAS, TX 75397-4230

KENT A. LANG, ESQ.
ACCT NO: UNKNOWN
LANG & BAKER, PLC
8767 EAST VIA DE
COMMERCIO, SUITE 102
SCOTTSDALE ARIZONA 85258

LASER IMPACT
ACCT NO: UNKNOWN
2730 E SANTAN ST
CHANDLER, AZ 85225

LAW OFFICES OF SIPE & LANDON
ACCT NO: 090246
5363 E PIMA, SUITE 200
TUCSON, AZ 85712

LEIB
ACCT NO: 232314
20 E. CLEMENTON RD., SUITE
100 S
GIBBSBORO, NJ 08026

LOOP 101 EMERGENCY PHYSICIAN
ACCT NO: DER008099301
PO BOX 7427
PHILADELPHIA, PA 19101-7427

LUIS BETAZOS
16821 N. 26TH ST.
PHOENIX, AZ 85032

MARICOPA COUNTY
TREASURER
ACCT NO: UNKNOWN
301 WEST JEFFERSON
PHOENIX, AZ 85003

MARK S. BOSCO, ESQ.
ACCT NO: 08-13155
TIFFANY & BOSCO, P.A.
THIRD FLOOR CAMELBACK ESPLANADE II
2525 E. CAMELBACK RD, 3RD FLR
PHOENIX ARIZONA 85016-4237

MARKO & SARKO, PLLC
ACCT NO: 350397
2525 W. GREENWAY RD., SUITE 320
PHOENIX, AZ 85023

MARLIN LEASING
ACCT NO: 382250
PO BOX 13604
PHILADELPHIA, PA 19101-3604

MARLIN LEASING
ACCT NO: 382250
PO BOX 637
MOUNT LAUREL, NJ 08054

MCCARTHY, BURGESS & WOLFF
ACCT NO: I84625
THE MB & W BUILDING
26000 CANNON ROAD
CLEVELAND, OH 44146

MICROSOFT FINANCING
ACCT NO: 450-4845771-000
CIT TECHNOLOGY FINANCIAL
SRVCS, INC
23896 NETWORK PLACE
CHICAGO, IL 60673-1238

MICROSOFT FINANCING
ACCT NO: 450-0000796-000
PO BOX 550599
JACKSONVILLE, FL 32255-0599

MNN RANCHING, LLC
1638 W PARSONS ROAD
PHOENIX, AZ 85085

MSCB OUTSOURCE, INC.
ACCT NO: 01241094
642 BROOKHAVEN COURT
KIRKWOOD, MO 63122

MSCB OUTSOURCE, INC.
ACCT NO: 01241094
7119 E. SHEA BLVD., SUITE 109-537
SCOTTSDALE, AZ 85254-6107

NATIONWDE
ACCT NO: 02A69553 BAA 7203095030
AMCO INSURANCE COMPANY
1100 LOCUST DEPT. 5595
DES MOINES, IA 50391-5595

NORTH VALLEY EMERGENCY
SPECIALIST
ACCT NO: 49455598J
PO BOX 53026
PHOENIX, AZ 85072-0000

NPMG
ACCT NO: UNKNOWN
2398 E CAMELBACK RD. STE 850
PHOENIX, ARIZONA 85016

OLIVERIO HERNANDEZ
1426 E. ROOSEVELT ST.
PHOENIX, AZ 85006

PARKER LAW FIRM, P.L.C.
ACCT NO: SUNSTATE
141 E. PALM LANE, SUITE 111
PHOENIX, AZ 85004

PARKER LAW FIRM, P.L.C.
ACCT NO: SUNSTATE
PO BOX 63098
PHOENIX, AZ 85082-3098

PHONE DIRECTORIES COMPANY
ACCT NO: 062462
PO BOX 2277
OREM, UT 84059-2277

PITNEY BOWES
ACCT NO: 1907-1769-86-3
2225 AMERICAN DRIVE
NEENAH, WI 54956-1005

PITNEY BOWES
ACCT NO: 1907-1769-86-3
PO BOX 856390
LOUISVILLE, KY 40285-6390

QWEST
ACCT NO: 623-434-6822F 9222
PO BOX 29040
PHOENIX, AZ 85038-9040

R-N-R LAND INVESTMENT, LLC
1462 E. ALAMEDA DR.
PHOENIX, AZ 85024-4305

RAMIRO HERNANDEZ
1041N. 26TH ST.
PHOENIX, AZ 85008

RAPID COLLECTION SYSTEMS, INC
4235 N 7TH AVE
PHOENIX, AZ 85013

ROBERTS AUTO SUPPLY
ACCT NO: 2077
2618 W DEER VALLEY ROAD
PHOENIX, AZ 85027

ROSIE'S RENTAL, LLC
1432 EAST ALAMEDA ROAD
PHOENIX, AZ 85024-4305

RSVP
ACCT NO: UNKNOWN
1717 E MORTEN AVE SUITE 150
PHOENIX, AZ 85020

SACKS TIERNEY, P.A.
ACCT NO: AL113-00001
4250 NORTH DRINKWATER
BLVD
FOURTH FLOOR
SCOTTSDALE, AZ 85251-3693

SAFARI GARDENS
1462 E. ALAMEDA DR.
PHOENIX, AZ 85024-4305

SAFETY KLEEN
ACCT NO: UNKNOWN
PO BOX 7170
PASADENA, CA 91109

SAGUARO GOLD
ACCT NO: UNKNOWN
9170 E BAHIA DR SUITE 102
SCOTTSDALE, AZ 85260

SANDERSON FORD
ACCT NO: UNKNOWN
6300 N 51ST AVE
GLENDALE, AZ 85301

SAVVYSHOPPER
ACCT NO: UNKNOWN
3708 HEMPLAND RD
PO BOX 610
MOUNTVILLE, PA 17554-0610

SCF OF ARIZONA
ACCT NO: 273641
PO BOX 33049
PHOENIX, AZ 85067-3049

SHANNON & FLEMMING, P.C.
ACCT NO: 22299-12M
1649 E. BETHANY HOME ROAD
PHOENIX, AZ 85016

SILVER STATE BANK
ACCT NO: 67983
1081 WHITNEY RANCH DRIVE
HENDERSON, NV 89014

SILVER STATE BANK
ACCT NO: 67991/ 67983
PO BOX 3308
SANTA ROSA, CA 95402

SKARECKY & HOLDER, PA
ACCT NO: TJ2008-008086
3130 N 3RD AVE, STE 300
PHOENIX, AZ 85013-4322

SMILE CREATIONS, PLLC
ACCT NO: PA0033
711 E CAREFREE HWY, SUITE 210
PHOENIX, AZ 85085

SMILEY CRANE
ACCT NO: INVOICES 66164,
66488
300 S 59TH AVE
PHOENIX, AZ 85043

SOUTHWEST DESERT CARDIOLOGY
ACCT NO: 8109
19636 N. 27TH AVENUE, STE 408
PHOENIX, AZ 85027

SPRINT
ACCT NO: 676786282
PO BOX 4181
CAROL STREAM, IL 60197-4181

SPRINT
ACCT NO: 676786282
PO BOX 8077
LONDON, KY 40742

SRA ASSOCIATES, INC.
ACCT NO: 01743115
401 MINNETONKA ROAD
HI NELLA, NJ 08083

SRA ASSOCIATES, INC.
ACCT NO: 01743115
PO BOX 4115
CONCORD, CA 94524

SRI
ACCT NO: UNKNOWN
PO BOX 963
ADDISON, TX 75001

SUNSTATE EQUIPMENT CO.
ACCT NO: 53990
PO BOX 52581
PHOENIX, AZ 85072-2581

T-MOBILE
ACCT NO: 690077091
PO BOX 51843
LOS ANGELES, CA 90051-6143

T-MOBILE CUSTOMER
RELATIONS
ACCT NO: 690077091
PO BOX 37380
ALBURQUERQUE, NM
87176-7380

TRANSWORLD SYSTEMS
ACCT NO: 4387U-0022167541
20401 N 29TH AVE #110
PHOENIX, AZ 85027

UNION DISTRIBUTING
ACCT NO: 16008
622 S. 56TH AVENUE
PHOENIX, AZ 85043-4622

US COLLECTIONS WEST, INC.
PO BOX 39695
PHOENIX, AZ 85069

VERIZON DIRECTORIES CORP
ACCT NO: 3664154750
PO BOX 610609
D/FW AIRPORT, TX 75261

VERMEER SALES
ACCT NO: 1645
55 SOUTH 56TH STREET
CHANDLER, ARIZONA 85226

WASTE MANAGEMENT
ACCT NO: 571-0073619-1571-8
PO BOX 78251
PHOENIX, AZ 85062-8251

WEST STAR
ACCT NO: 970-08143-0
3200 N CENTRAL AVE, SUITE 1400
PHOENIX, AZ 85012

WEST STAR
ACCT NO: 970-08143-0
PO BOX 500
PHOENIX, AZ 85001

YELLOW PAGES.COM
ACCT NO: 18003104
611 N BRAND BLVD
GLENDALE, CA 91203

YELLOWBOOK
ACCT NO: 531475
2201 RENAISSANCE BLVD.
KING OF PRUSSIA, PA 19406

YELLOWBOOK
ACCT NO: 531475
6300 C STREET
CEDAR RAPIDS, IA 52404-7470

YELLOWBOOK
ACCT NO: 531475
ATTN: CUSTOMER SERVICE
PO BOX 3162
CEDAR RAPIDS, IA 52406-3162

YELLOWBOOK
ACCT NO: 531475
PO BOX 660062
DALLAS, TX 75266-0062

YP ONE
ACCT NO: 031209
10707 CORPORATE DR STE 200
STAFFORD, TX 77477

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re   Alfonso Padilla & Rose M. Padilla _____ ,

                                 Debtor

Case No.    2:09-bk-09979 _____

Chapter    7 _____


## VERIFICATION OF LIST OF CREDITORS


     I hereby certify under penalty of perjury that the attached List of Creditors which consists of 6 pages, is true, correct and complete to the best of my knowledge.


Date    May 26, 2009 _____

Signature
of Debtor

/s/ Alfonso Padilla _____

ALFONSO PADILLA

Date    May 26, 2009 _____

Signature
of Joint Debtor

/s/ Rose M Padilla _____

ROSE M PADILLA

James F. Kahn
James F. Kahn, P.C.
301 E. Bethany Home Road
Suite C-195
Phoenix, AZ 85012
602-266-1717
602-266-2484

B203
12/94

# United States Bankruptcy Court
## District of Arizona

In re
Alfonso Padilla & Rose M. Padilla

Case No. ___2:09-bk-09979___

Chapter ___7___

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................……………………… $ ___5,000.00___

Prior to the filing of this statement I have received .......….......………………… $ ___5,000.00___

Balance Due .............................………………………………………………….. $ ___0.00___

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. [Other provisions as needed]
Initial client conference including analysis of Debtor's financial situation and advice and assistance in determining whether to file a Petition for Bankruptcy; preparation of voluntary Petition in Bankruptcy; assistance in preparation of Statement of Affairs; assistance in preparation of Schedules of Assets and Liabilities; assistance in preparation of Schedule of Exempt Property (individuals only); preparation of Clerk's Master Mailing List; affidavit of petitioner's counsel; representation at first Meeting of Creditors; telephone conferences with Debtor, Debtor's Trustee, Trustee's counsel, Debtor's creditors, or any other interested parties relating to Debtor's case; and post-petition storage of the legal file for the applicable time period.

In a Chapter 13 Bankruptcy, the following additional services are also included:
Assistance in preparation of a Chapter 13 plan, payment schedule and Plan analysis; copying and mailing Chapter 13 Plan; representation at confirmation hearing, if any, or preparation of the Stipulation for Confirmation and the Order Confirming Chapter 13 Plan.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Any additional services (not listed above) will be billed at our standard hourly rates.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___May 26, 2009___
*Date*

___/s/ James F. Kahn___
*Signature of Attorney*

James F. Kahn, P.C.
*Name of law firm*

---

In re _____
Alfonso Padilla & Rose M. Padilla

Case Number: __2:09-bk-09979__
(If known)

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ The presumption arises.
☑ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

## Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

| | |
|---|---|
| **1A** | If you are a disabled veteran described in the Veteran's Declaration in this Part IA, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| **1B** | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| **1C** | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>       ☐ I remain on active duty /or/<br>       ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br>       OR<br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>       ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | |
|---|---|
| **2** | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households.  By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐  Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐  Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| **3** | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ N.A. | $ N.A. |
| **4** | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
| | a. Gross receipts — $ N.A. | | |
| | b. Ordinary and necessary business expenses — N.A. | | |
| | c. Business income — Subtract Line b from Line a | $ N.A. | $ N.A. |
| **5** | **Rent and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
| | a. Gross receipts — $ N.A. | | |
| | b. Ordinary and necessary operating expenses — $ N.A. | | |
| | c. Rent and other real property income — Subtract Line b from Line a | N.A. | $ N.A. |
| **6** | **Interest, dividends and royalties.** | $ N.A. | $ N.A. |
| **7** | **Pension and retirement income.** | $ N.A. | $ N.A. |
| **8** | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**  Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ N.A. | $ N.A. |
| **9** | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $\_\_\_\_ N.A.   Spouse $\_\_\_\_\_ N.A. | $ N.A. | $ N.A. |

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | $ N.A. | |
| | b. | $ N.A. | |
| | Total and enter on Line 10 | $ N.A. | $ N.A. |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ N.A. | $ N.A. |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ N.A. | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ N.A. |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) a. Enter debtor's state of residence: Arizona   b. Enter debtor's household size: 2 | $ 57,620.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the "The presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI and VII of this statement only if required. (See Line 15).**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ N.A. |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | $ |
| | b. | $ |
| | c. | $ |
| | Total and enter on Line 17. | $ N.A. |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ N.A. |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ N.A. |
|---|---|---|

| | |
|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years or older. (The total number of household members must be the same as the number stated in Line 14b). Multiply line a1 by line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply line a2 by line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Household members under 65 years of age | | | Household members 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | N.A. | a2. | Allowance per member | N.A. |
| b1. | Number of members | N.A. | b2. | Number of members | |
| c1. | Subtotal | N.A. | c2. | Subtotal | N.A. |

$  N.A.

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $  N.A. |

| | |
|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42: subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ N.A. |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ N.A. |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$  N.A.

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: _____ _____ _____ | $  N.A. |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $  N.A. |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $  N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

| | | | |
|---|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1    ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Transportation Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $            N.A. |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $            N.A. |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a.    $    N.A. |

| | |
|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of that Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $            N.A. |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $            N.A. |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a.    $    N.A. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $    N.A. |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $    N.A. |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums on your dependents, for whole life or for any other form of insurance.** | $    N.A. |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to court order or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $    N.A. |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $    N.A. |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $    N.A. |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Lin 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $    N.A. |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $    N.A. |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32 | $    N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 – 30719 - Acrobat PDFWriter

| | **Subpart B: Additional Expense Deductions under § 707(b)**<br>**Note: Do not include any expenses that you have listed in Lines 19-32.** | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance $ N.A.<br>b. Disability Insurance $ N.A.<br>c. Health Savings Account $ N.A.<br><br>Total and enter on Line 34.<br><br>**If you do not actually expend this total amount,** state your actual average expenditures in the space below:<br>$ _____ N.A. | $ | N.A. |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | N.A. |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | N.A. |
| 37 | **Home energy costs** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | N.A. |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | N.A. |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | N.A. |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170 (c)(1)-(2) | $ | N.A. |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ | N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter

| | Subpart C: Deductions for Debt Payment | | | | |
|---|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total Average Monthly payments on Line 42. | | | | |

Line 42 table:

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Line a, b and c | |

(Line 42 total) $ _____ N.A.

**43. Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page.

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |

(Line 43 total) $ _____ N.A.

**44. Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** $ _____ N.A.

**45. Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense.

| | | | |
|---|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ | N.A. |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | N.A. |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | |

(Line 45 total) $ _____ N.A.

**46. Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. $ _____ N.A.

| | Subpart D: Total Deductions from Income |
|---|---|

**47. Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. $ _____ N.A.

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ N.A. |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ N.A. |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ N.A. |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ N.A. |

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ N.A. |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter | $ N.A. |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ N.A. |
| b. | | $ N.A. |
| c. | | $ N.A. |
| | Total: Add Lines a, b and c | N.A. |

## Part VIII: VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: May 26, 2009       Signature: /s/ Alfonso Padilla<br>                                                            (Debtor)<br><br>Date: May 26, 2009       Signature: /s/ Rose M Padilla<br>                                                          (Joint Debtor, if any) |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-736 - 30719 - Acrobat PDFWriter

## Form 22 Continuation Sheet

**Income Month 1**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Income Month 2**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Income Month 3**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Income Month 4**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Income Month 5**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

**Income Month 6**

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Additional Items as Designated, if any

## Remarks

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30719 - Acrobat PDFWriter